In the Matter of the General Guardianship of the Property and Estate of Peter Alfred Constantin Maria Salm, an Infant. Ludwig Constantin Salm, Petitioner, Appellant; John Caldwell Myers and Millicent Rogers Balcom, as Co-General Guardians, etc., Respondents.— Under the circumstances disclosed the Special Term properly exercised its discretion in refusing the allowances requested by the petitioner. Order affirmed, with ten dollars costs and disbursements. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse the order in so far as it refuses an allowance out of the infant's estate for petitioner's personal support and to defray the expense of exercising custodial rights over the infant in accordance with the court's decree. The amount of the allowance, if any, should be determined by referring the matter to an official referee to ascertain the circumstances surrounding the financial condition of petitioner, and upon the coming in of such report the Special Term should make such provision for the petitioner out of the infant's estate as is warranted by the proof. [171 Misc. 367.]

In the Matter of the General Guardianship of the Peoperty and Estate of Peter Alfred Constantin Maria Salm, an Infant. Ludwig Constantin Salm, Petitioner, Appellant; John Caldwell Myers and Millicent Rogers Balcom, as Co-General Guardians, etc., Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Etta K. Michaelson v. Tony Sardu, Trading as City Sewing Machine Co.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Louis Posner v. The City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

B. C. Schram, Receiver of First National Bank-Detroit, a National Banking Association, v. May E. C. Keane.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Katherine M. Friedrich, as Executrix, etc., of Charles H. Friedrich, Deceased, v. Title Guarantee and Trust Company, as Surviving Trustee, etc., of Isaac Dyckman, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.